IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLES B. STARKE, JR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-3334-L-BT** |
| | § | |
| **STATE OF TEXAS,** *et al.,*[*] | § | |
| | § | |
| Defendants. | § | |

## ORDER

On December 11, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) was entered, recommending that the court dismiss without prejudice this action for improper venue, rather than transferring it to a court where venue is proper, because of "the relative infancy of th[e] case, the recent occurrence of the alleged events at issue (from June 26, 2019, to April 1, 2020)," and considering that no filing fee has been paid. Report 3. No objections to the Report were filed, and the time for doing so has passed.

Having considered the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for improper venue.

**It is so ordered** this 25th day of March, 2021.

Sam A. Lindsay
United States District Judge

---

[*] The docket sheet and Plaintiff's Amended Complaint reference a total of 23 Defendants.

**Order – Page 1**